**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,<br><br>           Plaintiffs,<br>  - against -<br><br>TRYUS X INC., and WILSON WILLIAMS JR., INDIVIDUALLY<br><br>           Defendants. | Civil Action No.:<br>7:19-cv-07292<br>(NSR) |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the above captioned case.

DATED: September 4, 2019

            **BLITMAN & KING, LLP**

        By: _Daniel Kornfeld_

            Daniel Kornfeld, of Counsel
            Attorneys for Plaintiffs
            Office and Post Office Address
            One Penn Plaza, Suite 2601
            New York, New York 10119-2699
            Telephone:  (212) 643-2672
            Facsimile:  (315) 471-2623
            E-mail:  dekornfeld@bklawyers.com